Your name:      Glynda Holcomb
Address:         No Mail Please
Phone Number:  (850)203-2201
E-mail Address:  gholcomb585@yahoo.com

Pro se

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GLYNDA HOLCOMB
Plaintiff,

                              Case Number: 2:23-cv-01238-BNW

vs.

SOCIAL SECURITY ADMINISTRATION
Defendant.

## MOTION TO FILE ELETRONICALLY

Good day. This is a formal motion to FILE electronic correspondence in this

with the Nevada District Court CM/ECF Filing Portal or via email. Plaintiff

has a valid-current Pacer account with fee exemptions. Plaintiff also asks the

presiding judge to allow for timely response to current and past requests. Plaintiff

remains unsure of whether or not if there are obligations due by August 23, 2023.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct. Executed on Date: 11th day of August 2023.

Signed: *Glynda Holcomb*    Name: **Glynda Holcomb**

## ORDER

IT IS ORDERED that ECF Nos. 25 and 26 are GRANTED.

IT IS SO ORDERED

DATED: 8:49 pm, August 16, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**